UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY SEEMAN,

        Plaintiff,

   v.

SCAG POWER EQUIPMENT, a corporation, and DOES 1 through 20, inclusive,

        Defendants.
   _____/

NO. Civ.S-07-413 LKK/GGH

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than May 1, 2007.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

////

////

////

////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2    IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3    CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4    IT IS SO ORDERED.
5    DATED: April 12, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT